**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| SACOREY CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:20-CV-716 PLC |
| | ) |
| PHELPS COUNTY, ET AL., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on review of the record. Plaintiff filed this action in June 2020, naming twelve defendants, including John Doe #2, John Doe #3, and John Doe #4. Pursuant to the case management order of November 22, 2021, the deadline for Plaintiff "to file a motion for substitution of party with the Court naming the correct legal name of defendants John Does #2, John Doe #3, and John Doe #4" was February 18, 2022. [ECF No. 37]

On February 22, 2022, the Court entered an order granting Plaintiff's request for extension of deadlines, and extended the deadline to file a motion for substitution of parties until March 16, 2022. The Court advised: "If Plaintiff fails to file such motion by this deadline, John Does #2-4 will be dismissed from this matter."

The docket sheet reflects that Plaintiff has not filed a motion to substitute parties with the correct legal names of Defendants John Does #2-4. Therefore after careful consideration,

**IT IS HEREBY ORDERED** that Defendants John Doe #2, John Doe #3, and John Doe #4 are **DISMISSED** without prejudice.

                                                                              _____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of March, 2022